**HORN et al. v. RICHARDS.**

No. 10247—Opinion Filed July 26, 1921.

Error from District Court, Stephens County; Cham. Jones, Judge.

From judgment in favor of C. C. Richards, B. F. Horn and J. S. Mullen bring error. Dismissed.

C. O. Bunn, for plaintiffs in error.

Bond & Kolb, for defendant in error.

KANE, J. This is an appeal from the action of the district court of Stephens county in rendering judgment in favor of the defendant in error. The cause was duly reached for hearing upon the docket of this court, submitted and assigned for the preparation of an opinion. Upon an examination

of the record it appears that neither party has filed a brief in the case, although the time for doing so has long since expired.

In these circumstances, the appeal of the plaintiffs in error must be dismissed for want of prosecution.

It is so ordered.

PITCHFORD, V. C. J., and JOHNSON, MILLER, and KENNAMER, JJ., concur.